JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY PETTY AND JUDY PETTY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CBS CORPORATION**, f/k/a VIACOM, INC., Successor by Merger to CBS CORPORATION, f/k/a WESTINGHOUSE ELECTRIC CORPORATION;<br>**CRANE CO.**, Individually and as Successor-in-Interest to CHAPMAN VALVES;<br>**CROWN CORK & SEAL USA, INC.**, Individually and as Successor-in-Interest to MUNDET CORK COMPANY;<br>**GENERAL ELECTRIC COMPANY;**<br>**GEORGIA-PACIFIC LLC,** f/k/a GEORGIA PACIFIC CORPORATION, Successor-in-Interest to BESTWELL GYPSUM COMPANY;<br>**GENUINE PARTS COMPANY** (Individually and as Successor-in-Interest to ALLIED SIGNAL, INC. and BENDIX CORPORATION;<br>**INGERSOLL-RAND COMPANY**, Individually and as Successor-in-Interest to THE ALDRICH COMPANY;<br>**LAMONS GASKET COMPANY**, Successor-in-Interest to LAMON METAL GASKET CO.;<br>**MECHANICAL DRIVES & BELTING,** F/K/A L.A. RUBBER COMPANY;<br>**METALCLAD INSULATION CORPORATION;**<br>**PARKER HANNIFIN** | Case No. CV12-09054 R(PLA)<br><br>ORDER GRANTING STIPULATION FOR REMAND<br><br>Assigned to the Honorable Judge, Manuel L. Real<br><br>**This matter is related to:**<br>***Gary Petty, et al. v. CBS Corporation et al.***<br>**Los Angeles Superior Court Case No.** BC490336; JCCP Case No. 4674<br><br>*[Filed concurrently with Stipulation for Remand]* |

[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND

1  **CORPORATION,** Individually and as Successor-in-Interest to the SARCOMA SIERRA COMPANY;
2  **THE PEP BOYS, MANNY MOE & JACK OF CALIFORNIA;**
3  **SEPCO CORPORATION;**
4  **SOCO WEST, INC.** (f/k/a BRENNTAG WEST, INC. f/k/a SOCO-LYNCH CORPORATION, f/k/a SOCO-WESTERN CHEMICAL CORPORATION;
5  
6  
7  **UNION CARBIDE CORPORATION; YARWAY CORPORATION** and DOES 1 — 300, inclusive,
8  
9  **Defendants.**

[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND

1  **THIS MATTER HAVING COME BEFORE THE COURT** by the Joint
2  Stipulation to Remand this case to the Superior Court for the State of California,
3  Central District, Central Civil West Courthouse, by and between counsel for Plaintiffs
4  and counsel for Defendant Crane Co. in the above referenced matter,
5      It is hereby, ORDERED, that this matter is REMANDED forthwith.

12  Dated: __Nov. 8, 2012__      By: _____
13                                        Honorable Judge Manuel L. Real

1
[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND